# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-666-1 | |
| | ) | | |
| PLAINTIFF, | ) | JUDGE SARA LIOI | |
| | ) | | |
| vs. | ) | | |
| | ) | ORDER | |
| DANIEL CRUZ, | ) | | |
| | ) | | |
| | ) | | |
| DEFENDANT. | ) | | |

This matter is before the Court upon Magistrate Judge David A. Ruiz Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Daniel Cruz and enter a finding of guilty against defendant. (Doc. No. 47.)

On October 22, 2020, the government filed an Indictment against defendant. (Doc. No. 1.) On July 12, 2021, this Court issued an order assigning this case to Magistrate Judge Ruiz for the purpose of receiving defendant's guilty plea. (Doc. No. 42.)

On July 30, 2021, a hearing was held in which defendant entered a plea of guilty to Count 1 of the Indictment, charging him with Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of 21 U.S.C. Section 846, and to Count 2 of the Indictment, charging him with Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(C). Magistrate Judge Ruiz received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 47.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it

was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1 and 2 of the Indictment.

The sentencing will be held on November 18, 2021 at 10:00 a.m.

  **IT IS SO ORDERED**.

Dated: November 17, 2021

                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**